United States District Court
Southern District of Texas
**ENTERED**
November 06, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ESNEYDER FERNANDO RIVERA GOMEZ,  "Petitioner," | § § § § | |
| v. | § § | Civil Action No. 1:25-cv-00251 |
| KRISTI NOEM, Secretary of the United States Department of Homeland Security, et al.,  "Respondents." | § § § § § § | |

## ORDER

Before the Court is Petitioner's "Petition for Habeas Corpus" (Dkt. No. 1) ("Petition") and "Emergency Motion for Temporary Restraining Order" (Dkt. No. 3) ("MTRO").

Both filings are duplicative of filings in *Gomez v. Noem*, Civil No. 1:25-cv-00222. Under Fed. R. Civ. P. 41, the Court therefore **ORDERS** that this case be consolidated with that case. The Petition (Dkt. No. 1) and MTRO (Dkt. No. 3) in this case are therefore **DENIED as moot**, and all future filings or amended filings may be submitted under Civil No. 1:25-cv-00222.

Signed on this 5th day of November 2025.

_____
Rolando Olvera
United States District Judge