United States District Court
Southern District of Texas
**ENTERED**
January 08, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| ESNEYDER FERNANDO RIVERA GOMEZ, <br> "Petitioner," <br><br> v. <br><br> KRISTI NOEM, Secretary of the United States Department of Homeland Security, et al., <br> "Respondents." | Civil Action No. 1:25-cv-00222 |

# ORDER

Before the Court is the parties' "Motion to Withdraw Habeas Petition and Close Proceedings" (Dkt. No. 21). The Court construes this motion as a stipulation of dismissal.

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Petitioner's claims against Respondents are **DISMISSED** without prejudice. Petitioner's "Emergency Motion for Temporary Restraining Order" (Dkt. No. 10) ("MTRO") and "Motion to Withdraw Habeas Petition and Close Proceedings" (Dkt. No. 19) ("MTD") are **DENIED** as moot. The parties will bear their own attorney's fees, expenses, and costs of the Court. The Clerk of the Court is hereby **ORDERED** to close this case.

Signed on January 8, 2026.

Rolando Olvera
United States District Judge

1 / 1